IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ADRIAN JOHNSON,** | 2:24-cv-2838-TLN-JDP (P) |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| **G. MATTESON, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request to opt-out of the Post-Screening Early ADR Project is **GRANTED**.

The 120-day stay of the proceedings, as previously ordered (ECF No. 8), is hereby lifted. Defendant shall file and serve a responsive pleading by July 28, 2025.

IT IS SO ORDERED.

Dated:   July 7, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1