UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOHNSON, | Case No. 2:24-cv-2838-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| G. MATTESON, *et al.*, | |
| Defendants. | |

Defendants have filed a motion seeking to modify the scheduling order *nunc pro tunc*. ECF No. 16. Good cause being shown, their request will be granted.

It is, therefore, ORDERED that:

1. Defendants' motion to modify the scheduling order, ECF No. 16, is GRANTED.

2. The deadline to conduct discovery is extended to June 22, 2026, and the deadline to file dispositive motions is extended to August 21, 2026.

IT IS SO ORDERED.

Dated:   May 12, 2026                   _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1