UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DAVID JOHNSON,<br>Plaintiff,<br>v.<br>G. MATTESON, et al.,<br>Defendants. | Case No. 2:24-cv-2838-TLN-JDP (P)<br><br>ORDER |

Defendants moved for summary judgment on July 29, 2026. ECF No. 20. Plaintiff has filed two motions for extension of time to complete discovery. ECF Nos. 22 & 23. In the first, he notes that his deposition was taken on May 29, 2026, and states that he needs an additional forty-five days to serve discovery requests. ECF No. 22 at 1. Discovery in this case closed on June 22, 2026, ECF No. 17, and plaintiff has not shown good cause, in either motion, for its reopening. Notably, he does not state what discovery is needed or why he did not obtain it while discovery was open. Accordingly, his motions for extension of time are denied.

It is ORDERED that plaintiff's motions for extension of time to complete discovery, ECF Nos. 22 & 23, are DENIED.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE